Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Andrew J. Demko (CA 247320)
andrew.demko@katten.com
Camille A. Brooks (CA 307859)
camille.brooks@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
Wescom Central Credit Union

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI MASSEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESCOM CENTRAL CREDIT UNION, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.   2:21-cv-07622-PA-KS<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br><br>**Hon. Percy Anderson** |

1      **Please take notice** that plaintiff Kali Massey ("Plaintiff") and defendant

2  Wescom Central Credit Union ("Wescom"), by and through their respective

3  attorneys, have reached a settlement in principle of all claims asserted by Plaintiff

4  against Wescom in the Complaint. The parties are in the process of documenting

5  the settlement and respectfully request that the Court stay the case and vacate the

6  upcoming deadlines and hearings, specifically the December 10, 2021, deadline for

7  Wescom to respond to the Complaint. The parties anticipate that documentation

8  will be finalized and the dismissal will be filed within the next thirty (30) days.

9                                                    Respectfully submitted,

10 Dated:  December 10, 2021             **MCCUNE WRIGHT AREVALO, LLP**
                                          David C. Wright
11                                        Richard D. McCune
                                          Emily J. Kirk
12

13                                        By:  ___*/s/Emily J. Kirk*___

14                                        Attorneys for Plaintiff
                                          Kali Massey
15

16 Dated:  December 10, 2021             **KATTEN MUCHIN ROSENMAN LLP**
                                          Stuart M. Richter
17                                        Andrew J. Demko
                                          Camille A. Brooks
18

19                                        By:  ___*/s/ Stuart M. Richter*___

20                                        Attorneys for Defendant
                                          Wescom Central Credit Union
21

22

23

24

25

26

27

28

---

1

1   Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other

2 signatories listed, and on whose behalf this filing is submitted, concur in the

3 filing's content and have authorized the filing.

4 Dated:  December 10, 2021    **KATTEN MUCHIN ROSENMAN LLP**

5

6            By: _____*/s/ Stuart M. Richter*_____
               Attorneys for Defendant
7              Wescom Central Credit Union

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Katten**
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax