Richard D. McCune (State Bar No. 132124)
rdm@mccunewright.com
David C. Wright (State Bar No. 177468)
dcw@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile: (909) 557-1275

Emily J. Kirk (IL Bar No. 6275282)
ejk@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
231 N. Main Street, Suite 20
Edwardsville, IL 62025
Telephone: (618) 307-6116
Facsimile: (618) 307-6161

Attorneys for Plaintiff Kali Massey
and the Putative Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI MASSEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESCOM CENTRAL CREDIT UNION, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:21-cv-7622-PA-KS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(i)** |

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), Plaintiff Kali Massey voluntarily dismisses without prejudice the above-

1

1  entitled action against Defendant Wescom Central Credit Union. This notice of dismissal

2  is being filed with the Court before service by Defendant of either an answer or a motion

3  for summary judgement.

4

5  Dated: December 15, 2021                    Respectfully Submitted,

6                                             */s/ David C. Wright*

7                                             David C. Wright

8                                             **MCCUNE WRIGHT AREVALO, LLP**
                                              Richard D. McCune (State Bar No. 132124)
9                                             rdm@mccunewright.com
                                              David C. Wright (State Bar No. 177468)
10                                            dcw@mccunewright.com
                                              3281 E. Guasti Road, Suite 100
11                                            Ontario, California 91761
                                              Telephone: (909) 557-1250
12                                            Facsimile: (909) 557 1275

13                                            **MCCUNE WRIGHT AREVALO, LLP**
                                              Emily J. Kirk (IL Bar No. 6275282)
14                                            ejk@mccunewright.com
                                              231 N. Main Street, Suite 20
15                                            Edwardsville, IL 62025
                                              Telephone: (618) 307-6116
16                                            Facsimile: (618) 307-6161

17                                            Attorneys for Plaintiff Kali Massey and the
                                              Putative Class

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I caused a copy of the foregoing document to be filed on December 15, 2021, with the Clerk of the Court for the United States District for the Central District of California using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter.

*/s/ David C. Wright*
David C. Wright